

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-40008 |
| Plaintiff, | |
| vs. | ORDER |
| EFRAIN CORNELIO-GONZALEZ, a/k/a "Weto," and "Weto 2," and ERIK ZACARIAS-CORNELIO, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon the Court's own motion,

IT IS ORDERED:

1. That the cases of United States of America v. Efrain Cornelio-Gonzalez, a/k/a "Weto," and "Weto 2," and Erik Zacarias-Cornelio, CR 07-40008; and United States of America v. Richard Aaron Knoll, CR 07-40070; will be tried during the week of Monday, December 10, 2007.

2. That all motions in limine in case of United States of America v. Efrain Cornelio-Gonzalez and Erik Zacarias-Cornelio, CR 07-40008, shall be heard at 1:30 P.M., on Monday, December 10, 2007.

3. That two jury panels for the cases of United States of America v. Efrain Cornelio-Gonzalez and Erik Zacarias-Cornelio, CR 07-40008; and United States of America v. Richard Aaron Knoll, CR 07-40070, will be selected, one after the other, starting at 2:00 P.M., on Monday, December 10, 2007, in Sioux Falls, South Dakota, with the panel for the case of United States of America v. Richard Aaron Knoll, CR 07-40070, being selected first. Once the jury panel is selected, the panel will be excused until 9:30 A.M., Thursday, December 13, 2007.

4. That the jury panel for the case of United States of America v. Efrain Cornelio-Gonzalez and Erik Zacarias-Cornelio, CR 07-40008, will then be selected, and once the jury panel is selected, trial of the case will commence before the Honorable Lawrence L. Piersol.

5. That all motions in limine shall be in writing and filed, together with proposed instructions, with the Court ten (10) working days before trial.

Dated this 14th day of November, 2007

BY THE COURT:

*[signature]*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: *Shelly Margulies*
DEPUTY